BENJAMIN B. WAGNER
United States Attorney
RICHARD J. BENDEER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

SEALED

FILED
FEB 19 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF PRIORITY EXPRESS MAIL PARCEL ADDRESSED TO AL FUENTES, 147 ROYCE STREET, APT. 10, BROOKLAND, N.Y. | CASE NO. 2:15-SW-0045 CKD<br><br>[ORDER RE: REQUEST TO SEAL DOCUMENTS<br><br>**UNDER SEAL** |

## SEALING ORDER

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the search warrant, search warrant application and search warrant affidavit underlying the search warrant in the above-entitled proceeding shall be filed under seal and shall not be disclosed to any person, unless otherwise ordered by this Court.

Dated: 2/13/2015

_____
Hon. Carolyn K. Delaney
U.S. MAGISTRATE JUDGE

SEALING ORDER            1